NEW-YORK,
May, 1823.

MAYOR, &c.
OF N. YORK
v.
DOVER-ST.

Motion to
prove a will
takes prefer-
ence to other
non-enumera-
ted business.

### ANONYMOUS.

WHILE the Court were engaged in hearing *non-enumera-* *ted* business, *Fitch,* mentioned, that several witnesses were attending, to prove a will; and claimed that this should be preferred to other business, to which the Court assented; and he proceeded in his proof of the will. The like claim was made by several other gentlemen, during the *non-enu-merated* days, and was uniformly allowed by the Court.